# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Kuo, Peggy | 2. Court or Organization

District Court - Eastern District of New York | 3. Date of Report

05/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial  ☑ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2018
to
12/31/2018 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Federal Bar Council |
| 2. Administrator | Estate #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2015 | New York City Pension Plan - payments upon retirement, no control |
| 2. 2010 | New York Stock Exchange Pension Plan - payments upon retirement, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | self-employed musician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Council | Tickets to Law Day Dinner, Thanksgiving Luncheon, Summer Kick-Off; Inn of Court dues | $1,250.00 |
| 2. | New York Intellectual Property Law Association | Tickets and transportation to annual dinner | $501.00 |
| 3. | New York County Lawyers Association | Tickets to annual gala and luncheon | $615.00 |
| 4. | Connor Inn of Court | Tickets and transportation to annual dinner | $585.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Justice Federal Credit Union - bank account | A | Interest | L | T | | | | | |
| 2. New York City Deferred Compensation Plan - common trust fund | | None | N | T | | | | | |
| 3. TD Bank | A | Interest | J | T | | | | | |
| 4. Vanguard 500 Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 5. Vanguard Extended Mkt Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 6. Vanguard Total Bond Mkt Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 7. Vanguard Total International Bond Mkt Index Fund Admiral Shares | A | Dividend | K | T | | | | | |
| 8. Vanguard Intermediate Term Investment Grade Fund Investor Shares | A | Dividend | J | T | | | | | |
| 9. Vanguard Total Int'l Stock Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 10. Vanguard Total Stock Mkt Index Fund Admiral Shares | D | Dividend | N | T | | | | | |
| 11. Vanguard Federal Money Market Fund | C | Dividend | M | T | Sold (part) | 06/11/18 | L | A | |
| 12. Dodge & Cox Stock | B | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |
| 13. Vanguard Total Bond Mkt Institutional | A | Dividend | J | T | | | | | |
| 14. Goldman Sachs Strategic Inc IS | A | Dividend | J | T | | | | | |
| 15. PNC MF Small Cap Core I | A | Dividend | J | T | | | | | |
| 16. Artisan Intl Institutional | B | Dividend | J | T | Sold (part) | 01/02/18 | J | A | |
| 17. Fidelity Contrafund K | B | Dividend | K | T | Sold (part) | 01/02/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Champlain MidCap Inst. | A | Dividend | J | T | | | | | |
| 19. Bank of America bank account | A | Interest | K | T | | | | | |
| 20. Illinois State Universities Retirement System - common trust fund | | None | K | T | | | | | |
| 21. Estate #1 (TD Bank cash only) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, items 2 and 20 are common trust funds which do not disclose the underlying holdings or the income derived from them. The only information I have shows the values of the account on a quarterly or annual basis, which may include reinvested dividends and interest, along with market fluctuations in the value of the assets. Accordingly, I have left columns B(1) and B(2) blank.

Part VII, item 21, there are no reportable assets in the estate for which I am the administrator.

Part III, B, Spouse's Non-Investment Income: I have omitted music royalties and the endorsement fee (previously listed as items 2 and 3) because they are subsumed in my spouse's work and income as a self-employed musician.

| Name of Person Reporting | Date of Report |
|---|---|
| Kuo, Peggy | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Peggy Kuo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544